FRED J. DANKERS, EXECUTOR, APPELLEE, v. GUS GERLING ET AL., APPELLANTS.

FILED DECEMBER 16, 1930. NOS. 27490, 27545.

*Willis E. Reed, John J. Hess* and *W. T. Thompson,* for appellants.

*James Nichols, Moyer & Moyer, R. J. Shurtleff, Charles H. Kelsey, McElfresh · & Walker* and *Fred M. Deutsch, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

These two appeals grow out of the same foreclosure action. Case No. 27490 is an appeal from an order of the district court for Madison county setting aside an order of confirmation of sale because of the inability of the purchaser to perform his bid. Case No. 27545 is an appeal from the confirmation of the new sale ordered.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

.AFFIRMED.